AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SICKEL, JAMES R. | U.S. DISTRICT COURT, E D of WI | 05/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE JUDGE, PART-TIME | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

125 S. JEFFERSON STREET, #101
P. O. BOX 1626
GREEN BAY, WI 54305-1626

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL, JAMES R. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Self-employed, Attorney | $80,993.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL., JAMES R. | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL, JAMES R. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ASSOCIATED BANK ACCOUNTS | B | Interest | O | T | | | | | |
| 2. BMO HARRIS BANK (Formerly M&I BANK) ACCOUNT | A | Interest | | | Closed | 04/01/13 | K | | |
| 3. JAMKAT, LLC (See Section VIII) | | None | N | S | | | | | |
| 4. JEFFERSON COURT BLDG LLC (See Section VIII) | G | Rent | P1 | S | | | | | |
| 5. EASTERN HORIZONS LLC | E | Rent | O | U | | | | | |
| 6. | A | Interest | | | | | | | |
| 7. HURON PROFESSIONAL CENTER LLC | A | Interest | K | U | | | | | |
| 8. BROKERAGE ACCT #1 PARNASSUS FUND | C | Dividend | K | T | | | | | |
| 9. BROKERAGE ACCT #2 ROBERT BAIRD | | | | | | | | | |
| 10. -General Muni Money Mkt | | None | J | T | | | | | |
| 11. -Insured Deposit BMO Harris Bank (Formerly M & I) | | None | J | T | | | | | |
| 12. -Dreyfus Mun Money Mkt FD | | None | K | T | | | | | |
| 13. -Cape Girardeau CntyMO Bond | | None | K | T | | | | | |
| 14. -Calvert Soc Invt Eqty A | A | Dividend | J | T | | | | | |
| 15. -Putnam Invs Fd Inc | A | Dividend | J | T | | | | | |
| 16. BROKERAGE ACCT #3 JS STIFEL, NICOLAUS | | | | | | | | | |
| 17. -General Money Market STIFEL, NICOLAUS | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL, JAMES R. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Magnum Hunter Resources Corp | | | | | Expired | 10/15/13 | J | | |
| 19. IRA #1 JS - STIFEL, NICOLAUS | C | Int./Div. | L | T | | | | | |
| 20. -Cash | | | | | | | | | |
| 21. -Money Market Funds | | | | | | | | | |
| 22. -General Motors Company (See Section VIII) | | | | | | | | | |
| 23. -Immtech Pharmaceuticals Inc. | | | | | | | | | |
| 24. -Motors Liquidation Company | | | | | | | | | |
| 25. -Why USA Financial Group Inc. | | | | | | | | | |
| 26. -Preferred: Ares Capital Corp | | | | | | | | | |
| 27. -Preferred: Banc California Inc (Formerly First Pactrust Bancorp Inc) | | | | | Buy | 06/06/13 | J | | |
| 28. -Bond: ABC Rail Products | | | | | | | | | |
| 29. -Bond: United States Steel Corp | | | | | | | | | |
| 30. -Bond: JC Penney Corp Inc | | | | | Buy | 04/23/13 | J | | |
| 31. -Bond: General Motors Corp XXX | | | | | | | | | |
| 32. -Bond: General Motors Corp XXX | | | | | | | | | |
| 33. -Mutual Fund: Rydex Series Funds Consumer Products Fund Cl | | | | | Sold | 06/06/13 | J | A | |
| 34. -Mutual Fund: Alpine Global Premier Properties Fund Shares | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL, JAMES R. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Mutual Fund: Goldman Sachs MLP Income Opportunities Fund | | | | | Buy | 11/26/13 | J | | |
| 36. -Warrants: General Motors Company (See Section VIII) | | | | | Sold (part) | 10/08/13 | J | | |
| 37. -Warrants: General Motors Company See Section VIII | | | | | Sold (part) | 10/08/13 | J | | |
| 38. -Legacy Reserves Ltd Partnership | | | | | Buy | 01/14/13 | J | | |
| 39. IRA #2 ASSOCIATED BANK | A | Interest | K | T | | | | | |
| 40. IRA #3 ASSOCIATED BANK | A | Interest | K | T | | | | | |
| 41. IRA #4 BMO HARRIS BANK (Formerly M&I BANK) (CD) | A | Interest | J | T | | | | | |
| 42. IRA #5 BMO HARRIS BANK (Formerly M&I BANK) (CD) | A | Interest | J | T | | | | | |
| 43. 401(k) - NATIONWIDE | | None | M | T | | | | | |
| 44. -Janus Twenty Fd | | | | | | | | | |
| 45. -Elow Fixed | | | | | | | | | |
| 46. AMERICAN FUNDS SIMPLE IRA | B | Dividend | N | T | | | | | |
| 47. -American Balanced Fund (Fund- B) | | | | | Sold | 02/11/13 | K | | |
| 48. -Capital World Growth and Income Fund B | | | | | Sold | 04/10/13 | J | | |
| 49. -Fundamental Investors B | | | | | Sold | 04/10/13 | J | | |
| 50. -Fundamental Investors C | | | | | Buy (add'l) | 04/23/13 | J | | |
| 51. -Smallcap World Fund C | | | | | Buy (add'l) | 04/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL, JAMES R. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -American Funds Money Market Fund-C | | | | | | | | | |
| 53. - New World Fund-C | | | | | | | | | |
| 54. -American Balanced Fund-C | | | | | Buy (add'l) | 04/23/13 | J | | |
| 55. -American Funds Money Market Fund-A | | | | | | | | | |
| 56. -Fundamental Investors-A | | | | | Buy (add'l) | 04/10/13 | J | | |
| 57. -American Balanced Fund-A | | | | | Buy (add'l) | 02/11/13 | K | | |
| 58. -Capital World Growth and Income Fund-A | | | | | Buy (add'l) | 04/10/13 | J | | |
| 59. WIS NATIONAL LIFE INS | | None | K | T | | | | | |
| 60. FIRST BANCSHARES INC | A | Dividend | J | T | | | | | |
| 61. NEUBERGER BERMAN PARTNERS FUND INV CLASS | E | Dividend | O | T | | | | | |
| 62. JP MORGAN CHASE BANK (CHECKING) | | None | K | T | | | | | |
| 63. BUSINESS VEHICLE (SEE SECTION VIII) | | None | K | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 8 of 9

Name of Person Reporting

SICKEL, JAMES R.

Date of Report

05/15/2014

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, Page 4, Line #3 JAM KAT, LLC - 100% assessed value $325,400.  Property located in Milwaukee, WI and Green Bay, WI.

2) Part VII, Page 4, Line #4 JEFFERSON COURT BLDG, LLC -  100% assessed value $1,967,500.  Property located in Green Bay, WI.

3) Part VII, Page 4, Line #5 EASTERN HORIZONS, LLC - Property located in Green Bay, WI.

4) Part VII, Page 4, Line #7 HURON PROFESSIONAL CENTER, LLC - Property located in Green Bay, WI.

5) Part VII, Page 5, Line #22 GENERAL MOTORS COMPANY - Stock dividends received on 12/27/13.

6) Part VII, Page 6, Line #36 WARRANTS: GENERAL MOTORS COMPANY - Warrants received on 12/27/13.

7) Part VII, Page 6, Line #37 WARRANTS: GENERAL MOTORS COMPANY - Warrants received on 12/27/13.

8) Part VII, Page 7, Line #63 BUSINESS VEHICLE - Business portion of vehicle used for self-employed business.  Value listed at blue book value.  Vehicle purchased in 2011 and inadvertently omitted from 2011 and 2012 reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ **JAMES R. SICKEL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544